IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

WILBERTO TORRES TIRADO

CASE 10-06509-MCF

CHAPTER 13

DEBTOR(S)

# NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST
# MEETING OF CREDITORS

The meeting of creditors under 11 U.S.C. § 341, in the above captioned case has been scheduled for **August 30, 2010 at 1:00 pm.** It will be held at Hotel Meliá, 75 Cristina Street, Ponce, Puerto Rico 00731.

In San Juan, Puerto Rico, this August 04, 2010.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to the U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non CM/ECF participants: debtor(s) and parties in interest included in the service list attached to the original hereof.

/s/ **ALEJANDRO OLIVERAS RIVERA**
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062

10-06509-MCF       CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| ADM SISTEMA DE RETIRO<br>P O BOX 42003<br>SAN JUAN, PR  00940-2203 | AEELA<br>P O BOX  364508<br>SAN JUAN, PR  00936 |
| BPPR<br>P O BOX 366818<br>SAN JUAN, PR  00936 | COMOLOCO<br>304 GAUTIER BENITEZ<br>SANTURCE, PR  00915 |
| EASTERN AMERICA INSURANCE CO<br>PO BOX 9023862<br>SAN JUAN, PR  00902-3862 | EQUITY MORTGAGE<br>413 BOLIVAR<br>SANTURCE, PR  00912 |
| FINGERHUT<br>6250 RIDGEWOOD RD<br>ST CLOUD, MN  56303 | GATSBY<br>P O BOX 6359<br>CAGUAS, PR  00726 |
| JOSE PRIETO CARBALLO ESQ*<br>PO BOX 363565<br>SAN JUAN, PR  00936-3565 | MONEY EXPRESS<br>C/O LYDIA PACHECO<br>PO BOX 9146<br>SAN JUAN, PR  00908-0146 |
| MUEBLERIAS BERRIOS<br>P O BOX 674<br>CIDRA, PR  00739 | SANTANDER FINANCIAL SERVICES DBA ISLAND FINANCE<br>PO BOX 195369<br>SAN JUAN, PR  00919-5369 |
| TOYOTA CREDIT<br>P O BOX 71410<br>SAN JUAN, PR  00936-8510 | US DEPARTMENT OF EDUCATION<br>P O BOX 105028<br>ATLANTA, GA  30348-5028 |
| WALMART<br>GE MONEY BANK<br>P O BOX 530927<br>ATLANTA, GA  30353-0927 | |
| WILBERTO TORRES TIRADO<br>30 CALLE 2<br>PASEO COSTA DEL SUR<br>AGUIRRE, PR  00704 | |

DATED: August 04, 2010 /S/ DIANA ARROYO
OFFICE OF THE CHAPTER 13 TRUSTEE