IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No.: 10-06509 |
|---|---|
| **WILBERTO TORRES TIRADO** | Chapter 13 |
| Debtor(s) | |

## MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to adjust payment schedule, provide lift of stay with Toyota Credit and pay collateral owed to Banco Popular of PR through the repayment plan.

**WHEREFORE, it is** respectfully requests to this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 21th day of August of 2010.**

>JPC LAW OFFICE
>
>Jose M Prieto Carballo, Esq
>P.O. Box 363565
>San Juan, P.R. 00936-3565
>Tel (787) 607-2066 & Tel (787) 607-2166
>jpc@jpclawpr.com
>
>By: /s/ Jose M Prieto Carballo, Esq.

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:     Case No. 10-06509-13

TORRES TIRADO, WILBERTO     Chapter 13
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: 8/21/2010
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 610.00 x 24 = $ 14,640.00
$ 655.00 x 36 = $ 23,580.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 38,220.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 38,220.00

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. BPPR   Cr. MUEBLERIAS BERRIOS   Cr. _____
# 82200112150490001   # 3301896302   # _____
$ 28,703.00   $ 2,850.00   $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
AEELA
5. ☐ Other: _____
6. ☑ Debtor otherwise maintains regular payments directly to:
ADM SISTEMA DE RETIR    EQUITY MORTGAGE
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
            ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,694.00

Signed: /s/ WILBERTO TORRES TIRADO
Debtor

_____
Joint Debtor

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

DEBTOR WILL PROVIDE LIFT OF STAY IN FAVOR OF TOYOTA CREDIT (AUTO) VEHICLE IN POSSESSION OF ROOMATE MR. ROBERTO COLON.

DEBTOR WILL PROVIDE INSURANCE TO BPPR AUTO THROUGH EASTERN AMERICAN INSURANCE CO.

Attorney for Debtor Jose Prieto     Phone: (787) 607-2066

CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing            POPULAR AUTO                              US Bankruptcy Court District of PR
0104-2                                     VERONICA DURAN ESQ                        Southwestern Divisional Office
Case 10-06509-MCF13                        PO BOX 366818                             US Courthouse and Post Office Building
District of Puerto Rico                    SAN JUAN, PR 00936-6818                   93 Atocha Street, Second Floor
Ponce                                                                                Ponce, PR 00730-3759
Sat Aug 21 11:53:50 AST 2010

ADM SISTEMA DE RETIRO                      AEELA                                     BPPR
P O BOX 42003                              P O BOX  364508                           P O BOX 366818
SAN JUAN, PR  00940-2203                   SAN JUAN, PR 00936-4508                   SAN JUAN, PR 00936-6818


COMOLOCO                                   CommoLoCo, Inc.                           EMP. BERRIOS FINANCIERA
304 GAUTIER BENITEZ                        P.O. Box 363769                           PO BOX 674
SANTURCE, PR 00915-2221                    San Juan, PR 00936-3769                   CIDRA, PR 00739-0674


EQUITY MORTGAGE                            FINGERHUT                                 GATSBY
413 BOLIVAR                                6250 RIDGEWOOD RD                         P O BOX 6359
SANTURCE, PR 00912-3719                    ST CLOUD, MN 56303-0820                   CAGUAS, PR 00726-6359


ISLAND FINANCE                             MONEY  EXPRESS                            MONEYEXPRESS
P O BOX 71504                              BANKRUPTCY DIVISION                       PO BOX 11890
SAN JUAN, PR 00936-8604                    PO BOX 9146                               SAN JUAN, PR  00922-1890
                                           SAN JUAN PR 00908-0146


MUEBLERIAS BERRIOS                         POPULAR AUTO                              SANTANDER FINANCIAL D/B/A ISLAND FINANCE
P O BOX 674                                BANKRUPTCY DEPARTMENT                     PO BOX 195369
CIDRA, PR 00739-0674                       PO BOX 366818                             SAN JUAN PR, 00919-5369
                                           SAN JUAN PUERTO RICO 00936-6818


TCPR-Toyota Credit de Puerto Rico Corporatio  TOYOTA CREDIT                          US DEPARTMENT OF EDUCATION
PO BOX 366251                              P O BOX 71410                             P O BOX 105028
San Juan, Puerto Rico 00936-6251           SAN JUAN, PR  00936-8510                  ATLANTA, GA  30348-5028


WALMART                                    ALEJANDRO OLIVERAS RIVERA                 JOSE M PRIETO CARBALLO
GE MONEY BANK                              ALEJANDRO OLIVERAS, CHAPTER 13 TRUS       JPC LAW OFFICE
P O BOX 530927                             PO BOX 9024062                            PO BOX 363565
ATLANTA, GA  30353-0927                    SAN JUAN, PR 00902-4062                   SAN JUAN, PR 00936-3565


MONSITA LECAROZ ARRIBAS                    WILBERTO TORRES TIRADO                    End of Label Matrix
OFFICE OF THE US TRUSTEE (UST)             30 CALLE 2                                Mailable recipients    25
OCHOA BUILDING                             PASEO COSTA DEL SUR                       Bypassed recipients     0
500 TANCA STREET  SUITE 301                AGUIRRE, PR 00704-2845                    Total                  25
SAN JUAN, PR 00901-1938
```